IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN G. WHETSTONE,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY, THE RETIREMENT PLAN COMMITTEE OF THE HOWARD UNIVERSITY EMPLOYEES' RETIREMENT PLAN; and JOHN/JANE DOES 1–10,<br><br>Defendants. | Civil Action No.: 1:23-CV-2409-LLA<br><br>Judge Loren L. AliKhan |

**PLAINTIFF'S SUPPLEMENTAL NOTICE TO THE COURT REGARDING DEFENDANTS' POSITION ON MOTION FOR LEAVE TO FILE SECOND AMENDED CLASS ACTION COMPLAINT**

Plaintiff Stephen G. Whetstone ("Plaintiff"), by and through undersigned counsel, submits this Supplemental Notice to inform the Court of Defendants' position regarding Plaintiff's Motion for Leave to File the Second Amended Class Action Complaint (ECF 34).

On December 19, 2024, pursuant to LCvR 7(m), Plaintiff's counsel conferred with Defendants' counsel to ascertain Defendants' position on the Motion for Leave to Amend. At that time, Defendants' counsel indicated that due to Howard University's holiday break, they were unable to obtain instructions from their client regarding the motion. Plaintiff's counsel informed the Court of this status and indicated the intention to update the Court by no later than January 10, 2025.

On January 8, 2025, counsel for the parties met and conferred and counsel for Defendants confirmed that they intend to oppose Plaintiff's Motion for Leave to File the Second Amended Class Action Complaint.

1

Plaintiff respectfully submits this Supplemental Notice in fulfillment of the obligation to update the Court and to ensure the record accurately reflects the current status of this matter.

**Respectfully submitted,**

**SIRI & GLIMSTAD LLP**

/s/ *Oren Faircloth*
Oren Faircloth (*pro hac vice*)
Scott Haskins (*pro hac vice* forthcoming)
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
E: ofaircloth@sirillp.com
E: shaskins@sirillp.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of January 2025, I electronically filed the foregoing document with the Clerk of the Court using the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ *Oren Faircloth*
Oren Faircloth