**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| STEPHEN G. WHETSTONE, on behalf of himself and all others similarly situated, </br></br>  Plaintiff, </br></br> v. </br></br> HOWARD UNIVERSITY, *et al.*, </br></br>  Defendants. | ) ) ) ) ) ) ) ) )  Civil Action No. 23-2409 (LLA) ) ) ) ) ) ) |

**JOINT STATUS REPORT**

Plaintiff Stephen G. Whetstone and Defendants Howard University, Howard University Employees' Retirement Plan, and the Retirement Plan Committee of the Howard University Employees' Retirement Plan (collectively, the "Parties"), with, by and through their undersigned counsel, hereby respectfully submit this Joint Status Report in accordance with the Court's Minute Order of January 23, 2025, instructing the Parties to file a report updating the Court on the status of their settlement discussions on or before February 18, 2025, and every ninety days thereafter.

The Parties have been engaged in good-faith settlement negotiations and have exchanged several settlement proposals. The Parties are scheduled to conduct a remote mediation tomorrow, February 19, 2025, with Magistrate Judge G. Michael Harvey and will provide the Court with a status update following the mediation or, at the latest, ninety days from today in accordance with the Court's instruction.

| | |
|---|---|
| Date: February 18, 2025 | Respectfully Submitted, |

| | |
|---|---|
| **SIRI & GLIMSTAD LLP** | **GROOM LAW GROUP, CHARTERED** |
| */s/ Oren Faircloth* | */s/ Sarah M. Adams* |
| Oren Faircloth (*pro hac vice*) | Sarah M. Adams (DC - 490158) |
| Scott Haskins (*pro hac vice*) | William J. Delany (DC - 1021954) |
| 745 Fifth Avenue, Suite 500 | David N. Levine (DC - 463560) |
| New York, New York 10151 | GROOM LAW GROUP, CHARTERED |
| Tel: (212) 532-1091 | 1701 Pennsylvania Ave., NW, Ste. 1200 |
| ofaircloth@sirillp.com | Washington, DC 20006 |
| shaskins@sirillp.com | Tel: (202) 861-5432 |
| | Fax: (202) 659-4503 |
| *Attorneys for Plaintiff* | sadams@groom.com |
| | wdelany@groom.com |
| | dlevine@ groom.com |
| | |
| | *Attorneys for Defendants* |