UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEPHEN G. WHETSTONE, on behalf of himself and all others similarly situated, </br></br> Plaintiff, </br></br> v. </br></br> HOWARD UNIVERSITY, *et al.*, </br></br> Defendants. | ) ) ) ) ) ) ) ) Civil Action No. 23-2409 (LLA) ) ) ) ) ) ) |

**JOINT STATUS REPORT**

Plaintiff Stephen G. Whetstone and Defendants Howard University, Howard University Employees' Retirement Plan, and the Retirement Plan Committee of the Howard University Employees' Retirement Plan (collectively, the "Parties"), by and through their undersigned counsel, hereby respectfully submit this Joint Status Report in accordance with the Court's Minute Order of May 12, 2025, instructing the Parties to file another joint status report on or before June 12, 2025, unless a motion for preliminary approval was filed on or before that date.

At the time of this filing, the Parties are continuing to work toward resolving all remaining settlement terms and incorporating them into a signed settlement agreement. The Parties anticipate being in a position to file a motion for preliminary approval on or before July 11, 2025 and respectfully request that the case remain stayed and that they be required to file either a motion for preliminary approval or an additional joint status report on or before that date.

| | |
|---|---|
| Date: May 12, 2025 | Respectfully Submitted, |

| | |
|---|---|
| **SIRI & GLIMSTAD LLP** | **GROOM LAW GROUP, CHARTERED** |
| */s/ Oren Faircloth* | */s/ Sarah M. Adams* |
| Oren Faircloth (*pro hac vice*) | Sarah M. Adams (DC - 490158) |
| Scott Haskins (*pro hac vice*) | William J. Delany (DC - 1021954) |
| 745 Fifth Avenue, Suite 500 | David N. Levine (DC - 463560) |
| New York, New York 10151 | GROOM LAW GROUP, CHARTERED |
| Tel: (212) 532-1091 | 1701 Pennsylvania Ave., NW, Ste. 1200 |
| ofaircloth@sirillp.com | Washington, DC 20006 |
| shaskins@sirillp.com | Tel: (202) 861-5432 |
| | Fax: (202) 659-4503 |
| *Attorneys for Plaintiff* | sadams@groom.com |
| | wdelany@groom.com |
| | dlevine@ groom.com |
| | *Attorneys for Defendants* |