# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEPHEN G. WHETSTONE,<br>on behalf of himself and all others<br>similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>HOWARD UNIVERSITY, *et al.*,<br><br>Defendants. | Civil Action No. 1:23-cv-2409 (LLA) |

## JOINT STATUS REPORT

Plaintiff Stephen G. Whetstone and Defendants Howard University, Howard University Employees' Retirement Plan, and the Retirement Plan Committee of the Howard University Employees' Retirement Plan (collectively, the "Parties"), by and through their undersigned counsel, hereby respectfully submit this Joint Status Report pursuant to the Court's Minute Order of June 12, 2025, directing the Parties to file a further joint status report on or before July 11, 2025, unless a motion for preliminary approval was filed by that date.

At the time of this filing, the Parties have exchanged a draft settlement agreement. Plaintiff has completed its review and is making final edits, which it will return to Defendants as soon as possible. Once the Parties have an agreed-upon and executed draft, Plaintiff will begin preparing the motion for preliminary approval of the settlement.

Given summer scheduling constraints and counsel's availability, the Parties anticipate needing an additional 60 days to finalize and execute the agreement. Accordingly, the Parties respectfully request that the stay remain in place and that they be directed to file either: (1) a motion for preliminary approval, or (2) a further joint status report, on or before September 12, 2025.

Date: July 11, 2025

Respectfully Submitted,

**SIRI & GLIMSTAD LLP**

/s/ *Oren Faircloth*
Oren Faircloth (*pro hac vice*)
Scott Haskins (*pro hac vice*)
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: (212) 532-1091
ofaircloth@sirillp.com
shaskins@sirillp.com

*Attorneys for Plaintiff*

**GROOM LAW GROUP, CHARTERED**

/s/ *Sarah M. Adams*
Sarah M. Adams (DC - 490158)
William J. Delany (DC - 1021954)
David N. Levine (DC - 463560)
GROOM LAW GROUP, CHARTERED
1701 Pennsylvania Ave., NW, Ste. 1200
Washington, DC 20006
Tel: (202) 861-5432
Fax: (202) 659-4503
sadams@groom.com
wdelany@groom.com
dlevine@ groom.com

*Attorneys for Defendants*